**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant JUST THINK MEDIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NUTRICAP LABS, LLC,**<br><br>       Plaintiff,<br><br>vs.<br><br>**JUST THINK MEDIA,**<br><br>       Defendant. | Case No. 2:10-cv-01126-LDW -ARL<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO:   RAIMONDI LAW, P.C.
       Christopher A. Raimondi
       3280 Sunrise Highway, Suite 344
       Wantagh, New York 11793
       Email: craimondi@raimondi-law.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court before the Honorable Leonard D. Wexler at the United States Courthouse for the Eastern District of New York, on the 10th day of May, 2010, or as soon thereafter as counsel can be heard, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kronenberger Burgoyne, LLP and a member in good standing of the Bar of the State of New York as attorney pro hac vice to argue or try this case in whole or in part as counsel for Defendant Just Think

Media. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

DATED: April 21, 2010

**KRONENBERGER BURGOYNE, LLP**

By: _____

Karl S. Kronenberger

Attorneys for Defendant,
JUST THINK MEDIA

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant JUST THINK MEDIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NUTRICAP LABS, LLC,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**JUST THINK MEDIA,**<br><br>　　　　Defendant. | Case No. 2:10-cv-01126-LDW -ARL<br><br>**AFFIDAVIT OF KARL S. KRONENBERGER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Karl S. Kronenberger, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Kronenberger Burgoyne, LLP.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant Just Think Media.

DATED: April 21, 2010               **KRONENBERGER BURGOYNE, LLP**

                                    By: _____

                                          Karl S. Kronenberger

                                    Attorneys for Defendant,
                                    JUST THINK MEDIA

NOTARIZED BY:

STATE OF <u>CALIFORNIA</u>

COUNTY OF <u>SAN FRANCISCO</u>

I, Karl S. Kronenberger, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing and know the contents thereof, and the contents are true of my own knowledge and belief.

_____
Karl S. Kronenberger

The foregoing was acknowledged before me this 21st day of April, 2010, by Karl S. Kronenberger who is personally known to me and has produced CA Drivers License as identification and who did take an oath.

21st day of April, 2010.

_____
Lauren C. Creamer, **Notary public**

Commission Number: 1820542

Commission Expiration Date: 10/28/12

[Notary Seal: LAUREN CAITLIN CREAMER, Commission # 1820542, Notary Public - California, San Francisco County, My Comm. Expires Oct 28, 2012]

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant JUST THINK MEDIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NUTRICAP LABS, LLC,**<br><br>      Plaintiff,<br><br>vs.<br><br>**JUST THINK MEDIA,**<br><br>      Defendant. | Case No. 2:10-cv-01126-LDW -ARL<br><br>**ADMISSION TO PRACTICE**<br>**PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Karl S. Kronenberger is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Just Think Media.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Leonard D. Wexler
U.S. DISTRICT COURT JUDGE

cc:   Pro Hac Vice Attorney
      Court File