**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Defendant JUST THINK MEDIA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NUTRICAP LABS, LLC,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**JUST THINK MEDIA,**<br><br>　　　　Defendant. | Case No. 2:10-cv-01126-LDW -ARL<br><br>**SUPPLEMENTAL AFFIDAVIT OF KARL S. KRONENBERGER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Karl S. Kronenberger, being duly sworn, hereby deposes and says as follows:

1. I am an partner with the law firm of Kronenberger Burgoyne, LLP.

2. I submit this supplemental affidavit in support of the motion for admission to practice pro hac vice (D.E. #6) (hereinafter, the "PHV Motion") in the above captioned matter. The PHV Motion did not include the name of each state bar for which I am admitted.

3. As shown in the Certificates of Good Standing filed on April 28, 2010, I am a member in good standing of the Bar of the States of New York, California, Ohio and Georgia.

4. Kronenberger Burgoyne, LLP is located in San Francisco, California, and I am unable to personally appear at this time to formally become a member of the Bar

of the Eastern District of New York. I intend to formally sign the Bar of the Eastern District of New York upon my first personal appearance in this Court.

5. There are no pending disciplinary proceedings against me in any State or Federal court.

6. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Defendant Just Think Media.

DATED: May 11, 2010

**KRONENBERGER BURGOYNE, LLP**

By: _____
Karl S. Kronenberger

Attorneys for Defendant,
JUST THINK MEDIA

NOTARIZED BY:

STATE OF <u>CALIFORNIA</u>
COUNTY OF <u>SAN FRANCISCO</u>

I, Karl S. Kronenberger, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing and know the contents thereof, and the contents are true of my own knowledge and belief.


Karl S. Kronenberger

The foregoing was acknowledged before me this 11th day of May, 2010, by Karl S. Kronenberger who is personally known to me and has produced CA Drivers License as identification and who did take an oath.

11th day of May, 2010.

_____
Lauren C. Creamer, Notary public

Commission Number: 1820542
Commission Expiration Date: 10/28/12

LAUREN CAITLIN CREAMER
Commission # 1820542
Notary Public - California
San Francisco County
My Comm. Expires Oct 28, 2012