

July 15, 2010

The Hon. Arlene R. Lindsay
U.S. District Court, Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722

**VIA ELECTRONIC FILING**

RE:  *Nutricap Labs, LLC v. Just Think Media*, Case No. 2:10-cv-01126-LDW-ARL; U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

Dear Judge Lindsay:

Pursuant to the Initial Conference Order (D.E.# 10), the parties hereby submit a joint letter accepting the dates in the proposed pretrial scheduling order prepared by the court (D.E.# 10-1.)

Additionally, the parties confirm that no pending related cases exist.

Respectfully,

**KRONENBERGER BURGOYNE, LLP**

*/s/Karl S. Kronenberger*
_____
Karl S. Kronenberger

Attorney for Defendant Just Think Media


**RAIMONDI LAW, P.C.**

*/s/ Christopher A. Raimondi*
_____
Christopher A. Raimondi

Attorney for Plaintiff Nutricap Labs, LLC