**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (admitted *pro hac vice*)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com

**RAIMONDI LAW, P.C.**
Christopher A. Raimondi (CR 8118)
3280 Sunrise Hwy, Suite 344
Wantagh, New York 11793
Telephone: (516) 308-4462
Facsimile: (516) 308-4463
craimondi@raimondi-law.com

Attorneys for Defendant JUST THINK MEDIA

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NUTRICAP LABS, LLC,**<br><br>      Plaintiff,<br><br>  vs.<br><br>**JUST THINK MEDIA,**<br><br>      Defendant. | Case No. 2:10-cv-01126-LDW -ARL<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br>[Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

     IT IS HEREBY STIPULATED by and between Plaintiff Nutricap Labs, LLC and Defendant Just Think Media, (collectively, the "Parties") to this action, through their designated counsel, that the above-captioned action and all claims and counterclaims are hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

//

//

| | |
|---|---|
| DATED: January 4, 2011 | Dated: January 4, 2011 |
| **RAIMONDI LAW, P.C.** | **KRONENBERGER BURGOYNE, LLP** |
| By: ___s/Christopher A. Raimondi___<br>    Christopher A. Raimondi (CR-8118) | By: ___s/Karl S. Kronenberger___<br>    Karl S. Kronenberger<br>    (admitted *pro hac vice*) |
| 3280 Sunrise Hwy, Suite 344<br>Wantagh, New York 11793<br>Telephone: (516) 308-4462<br>Facsimile: (516) 308-4463<br>craimondi@raimondi-law.com | 150 Post Street, Suite 520<br>San Francisco, CA 94108<br>Telephone:  (415) 955-1155<br>Facsimile:   (415) 955-1158<br>karl@KBInternetLaw.com |
| Attorneys for Plaintiff,<br>NUTRICAP LABS, LLC | Attorneys for Defendant,<br>JUST THINK MEDIA |